# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | GERALD MICHAEL & KELLY GRIFFIN PORTER |
| **Case Number:** | 2:09-BK-18557-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 05, 2010 02:30 PM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

### Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 29264 NORTH 69TH WAY, SCOTTSDALE, AZ 85266 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF KONDAUR CAPITAL CORPORATION .

**R / M #:** 73 / 0

### Appearances:

ALAN R. COSTELLO, ATTORNEY FOR DAVID M. REAVES
LEONARD MCDONALD, ATTORNEY FOR KONDAUR CAPITAL CORP.

### Proceedings:

Mr. Costello explains the loan documents were only signed by the husband and the schedules listed the property as community property. He did receive a broker's opinion today regarding the value of the property and an avoidance action will be filed if the deed of trust was not properly executed. He asks the stay remain in place pending a further hearing.

COURT: IT IS ORDERED CONTINUING THE MOTION FOR STAY RELIEF TO FEBRUARY 4, 2010 AT 1:30 P.M.