# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | GERALD MICHAEL & KELLY GRIFFIN PORTER |
| Case Number: | 2:09-BK-18557-CGC    Chapter: 11 |
| Date / Time / Room: | TUESDAY, MARCH 02, 2010 02:30 PM  6TH FLOOR #601 |
| Bankruptcy Judge: | CHARLES G. CASE II |
| Courtroom Clerk: | RHONDA VAUGHAN |
| Reporter / ECR: | MARCO GARCIA |

## Matter:

CONTINUED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 29264 NORTH 69TH WAY, SCOTTSDALE, AZ 85266 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF KONDAUR CAPITAL CORPORATION.

R / M #:    73 / 0

## Appearances:

WILLIAM FISHBACH, ATTORNEY FOR KONDAUR CAPITAL CORPORATION

## Proceedings:

Mr. Fishbach advises at the last hearing the Trustee raised concerns about the equity; he has provided the trustee with documents regarding the FMV. At this time he urges the Court to grant the Motion.

COURT: IT IS ORDERED GRANTING THE MOTION FOR RELIEF FROM AUTOMATIC STAY UPON THE TRUSTEE'S FAILURE TO PROSECUTE.